Josiah J. White, Respondent, v. Harry S. Aaron, Impleaded with Mary Aaron, Said Name "Mary" Being Fictitious, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Raffaele Conte, Appellant, v. Rosina Conte, Respondent.— Order affirmed. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Reine Conrad, Respondent, v. The Lewis Publishing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Libman Contracting Company, Appellant, v. David M. Oltarsh Iron Works of New York and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Henry M. Levengston, Respondent, v. Lamb Publishing Company and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William W. Wood, Appellant, v. William H. Barnard, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Mary Ella Miller, Appellant, v. Helen J. M. Robinson, as Administratrix, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.